Present—Dillon, P. J., Callahan, Doerr, Denman and Lowery, JJ.

In the Matter of NINA N., a Person Alleged to be in Need of Supervision. (Appeal No. 1.)—

Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

In the Matter of NINA N., a Person Alleged to be in Need of Supervision. (Appeal No. 2.)—

Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

In the Matter of NINA N., a Person Alleged to be in Need of Supervision. (Appeal No. 3.)—

Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER THOMAS, Appellant.—

Present—Callahan, J. P., Boomer, Pine, Balio and Lowery, JJ.